People v Lopez-Gomez (2025 NY Slip Op 07026)

People v Lopez-Gomez

2025 NY Slip Op 07026

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
HELEN VOUTSINAS
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2024-06211
 (Ind. No. 70077/23)

[*1]The People of the State of New York, respondent,
vFrancisco Lopez-Gomez, appellant.

James D. Licata, New City, NY (Lois Cappelletti of counsel), for appellant.
Thomas E. Walsh II, District Attorney, New City, NY (Melissa Fabi of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Rockland County (Anne B. Bianchi, J.), rendered June 11, 2024, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the People's contention, the defendant's purported waiver of his right to appeal was invalid (see People v Roseborough, _____ AD3d _____, 2025 NY Slip Op 06081; People v Johnson, 241 AD3d 706). However, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
BARROS, J.P., VOUTSINAS, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court